MOBIL OIL CORPORATION et al.,
Plaintiffs-Appellees,

v.

OIL, CHEMICAL AND ATOMIC WORK-
ERS INTERNATIONAL UNION, AFL-
CIO, et al., Defendants-Appellants.

No. 72–3272.

United States Court of Appeals,
Fifth Circuit.

Sept. 2, 1976.

Chris Dixie, Houston, Tex., for defend-
ants-appellants.

James W. Hambright, John G. Tucker,
Beaumont, Tex., Warren H. Greene, Jr.,
New York City, for plaintiffs-appellees.

Rex H. Reed and Michael E. Merrill,
Attys., The National Right to Work Legal
Defense Foundation, Inc., Washington, D.
C., for amicus curiae.

Before BROWN, Chief Judge, GEWIN,
COLEMAN, AINSWORTH, GODBOLD,
DYER, MORGAN, CLARK, RONEY, GEE,
TJOFLAT and HILL, Circuit Judges.*

BY THE COURT:

Pursuant to the judgment of the Su-
preme Court of the United States dated
June 14, 1976, —— U.S. ——, 96 S.Ct. 2140,
48 L.Ed.2d 736, reversing the judgment of
this Court, is now here ordered and ad-
judged by this Court that the judgment of
the District Court appealed from in this
cause is reversed, and the cause is hereby
remanded to the United States District
Court for the Eastern District of Texas for
further proceedings in conformity with the
opinion of the Supreme Court.

L. N. McDONALD and Raymond Laird,
Plaintiffs-Appellants,

v.

The SANTA FE TRAIL TRANSPORTA-
TION COMPANY et al.,
Defendants-Appellees.

No. 74–2813.

United States Court of Appeals,
Fifth Circuit.

Oct. 12, 1976.

James Bullock, Houston, Tex., for plain-
tiffs-appellants.

Benjamin R. Powel, Robert W. Alexan-
der, Galveston, Tex., for Sante Fe Trail
Transp.

James P. Wolf, Houston, Tex., for Local
988.

Before WISDOM, SIMPSON and RO-
NEY, Circuit Judges.

BY THE COURT:

IT IS ORDERED that the judgment of
the District Court for the Southern District
of Texas in this case is vacated and the
cause is remanded for proceedings in con-
formity with the decision of the United
States Supreme Court in *McDonald v. San-
ta Fe Trail Transportation Co.*, —— U.S.
——, 96 S.Ct. 2574, 49 L.Ed.2d —— (1976).

* Judge Goldberg did not participate in this decision and due to illness Judges Wisdom and
Thornberry did not participate in this decision.